THE STATE OF MONTANA ON THE RELATION OF LARRY C. IVERSON, INC., A MONTANA CORPORATION; CARL O. IVERSON; MABEL IVERSON; LARRY C. IVERSON; JOHN C. TREADAWAY; J. MILTON KRULL; M. DEAN JELLISON, RELATOR, v. THE DISTRICT COURT OF THE NINTH JUDICIAL DISTRICT OF THE STATE OF MONTANA, IN AND FOR THE COUNTY OF PONDERA, AND JUDGE R. D. McPHILLIPS, RESPONDENTS.

No. 11744.
Decided Sept. 12, 1969.
458 P.2d 265.

PER CURIAM.

Original proceeding. Relators filed application for an appropriate supervisory writ. Counsel were heard in argument and the matter submitted.

The relief sought is refused and the proceeding is ordered dismissed.